IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Coastal Conservation League, and South Carolina Wildlife Federation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> -vs- ) <br> ) <br> United States Army Corps of Engineers, Charleston ) <br> District; Lt. General Todd T. Semonite, in his ) <br> official capacity as Chief of Engineers, U.S. Army ) <br> Corps of Engineers; Lt. Colonel Matthew Luzzatto, ) <br> in his official capacity as District Engineer, U.S. ) <br> Army Corps of Engineers, Charleston District; ) <br> United States Environmental Protection Agency; ) <br> Gina McCarty, in her official capacity as ) <br> Administrator of the U.S. Environmental Protection ) <br> Agency; Heather McTeer Toney, in her official ) <br> capacity as Regional Administrator, Region IV, ) <br> U.S. Environmental Protection Agency; and Horry ) <br> County, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 2:16-cv-3008 DCN <br><br><br><br><br> **ORDER** |

      This case was filed in this court on September 1, 2016. The subject of this litigation is property that is located on and around International Drive in Horry County, South Carolina. Horry County is located in the Florence Division of the United States District Court for the District of South Carolina.[1] According to Local Rule 3.01(C) of the Federal Rules of Civil Procedure, any case may be transferred for case management or trial from one division to another division on motion of any party for good cause shown or *sua sponte* by the court. Because the property in question is located in a county that is assigned to the Florence Division, it is the

---

    [1] 28 U.S.C. § 121.

opinion of this court that the interests of justice are best served by transferring this case to that division.

**IT IS THEREFORE ORDERED** that venue in this matter be transferred to the Florence Division.

**AND IT IS SO ORDERED**.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

September 15, 2016
Charleston, South Carolina