UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Coastal Conservation League and<br>South Carolina Wildlife Federation,<br><br>    Plaintiffs,<br><br>vs.<br><br>United States Army Corps of Engineers,<br>Charleston District, and Lt. General Todd<br>T. Semonite, Lt. Colonel Matthew Luzzato;<br>US Environmental Protection Agency;<br>Gina McCarty; Heather McTeer Toney,<br>Horry County,<br><br>    Defendants.<br>_____ | Civil Action No.: 4:16-CV-3008-RBH<br><br><br><br><br><br><br><br>**CONSENT ORDER FOR**<br>**CONTINUANCE** |

      This matter comes before the Court on joint motion of the parties for a continuance regarding the scheduling of briefing and argument on Plaintiffs' Motion for a Preliminary Injunction. The Court set a date of October 6, 2016 for Defendants' to file responsive evidence and argument and of October 11, 2016 for Plaintiffs to file a reply. Argument was set for October 12, 2016 on the motion. The pending potential landfall of Hurricane Matthew has created an emergency situation in the coastal counties. This creates a significant impediment to the ability of Horry County to file declarations and other evidence as the county officials are focused on hurricane preparation. A similar problem would be created for Plaintiffs to reply in light of the governor's evacuation order for coastal counties.

      In light of the hurricane potential, it is ordered that briefing and argument are rescheduled as follows:

1

Defendants' briefs and evidence in response to Plaintiffs' motion shall be filed no later than October 20;

Plaintiffs' reply shall be filed no later than October 25;

Argument on the Plaintiffs' motion shall be held at 10:00 a.m. on October 28 in Florence.

Until such time as the Court rules on the Plaintiffs' motion, the Consent Order entered September 23, 2016 imposing a Temporary Restraining Order shall remain in effect. Plaintiffs do not by consenting to the continuance of that Order waive any argument that the terms of the Order have not been followed by Horry County.

IT IS SO ORDERED.

October 5, 2016                                                         s/ R. Bryan Harwell
Florence, South Carolina                                         R. Bryan Harwell
                                                                                United States District Judge


WE CONSENT:

s/ Amy E. Armstrong  (ID # 9625)
_____
Amy E. Armstrong
S.C. Environmental Law Project
P.O. Box 1380
Pawleys Island, S.C.  29585
(843) 527-0078
Email:  amy@scelp.org
Attorneys for Plaintiffs



s/ Stan Barnett (ID # 5306)
_____
P.O. Box 1542
Mt. Pleasant, S.C.  29465
(843) 881-1623
Email: stan.barnett@yahoo.com
Attorney for Horry County

2

s/ Matthew J. Modica (ID # 10226)
_____
Matthew J. Modica
Assistant U.S. Attorney
District of South Carolina
151 Meeting Street, Suite 200
Charleston, S.C.  29401
(843) 266-1676
Email:  matthew.j.modica@usdoj.gov
Attorney for the United States

3